United States Bankruptcy Court
Middle District of Florida

In re:                                                          Case No. 18-10589-MGW
Natalie A. Griffin                                             Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 113A-8          User: balamn          Page 1 of 1          Date Rcvd: Dec 14, 2018
                             Form ID: Dodinscf      Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2018.
db          +Natalie A. Griffin,    12537 Glenock Ave,    NPR, FL 34654-3072

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2018 at the address(es) listed below:
          Kelly   Remick    ecf@ch13tampa.com
          United States Trustee - TPA7/13, 7   USTPRegion21.TP.ECF@USDOJ.GOV
                                                                      TOTAL: 2

**[Dodinscf]** [Order Disapproving Application to Pay Installments]

ORDERED.

**Dated: December 14, 2018**

Michael G. Williamson
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                          Case No.
                                                                                8:18−bk−10589−MGW
                                                                                Chapter 13

Natalie A. Griffin


_____Debtor*_____/

### *ORDER DISAPPROVING APPLICATION TO PAY FILING FEES IN INSTALLMENTS*

THIS CASE came on for consideration, without a hearing, of the Debtor's Application to Pay Filing Fees in Installments, Document No. _2_ (the "Application"). The Court has considered the Application, together with the record, and finds that the Debtor:

☐  is a corporation or partnership

☐  paid the filing fee in full

☑  failed to pay the full filing fee in prior bankruptcy case number(s) 17−10098−MGW

Accordingly, it is

**ORDERED:**

1. The Application is Disapproved.

2. The Debtor is directed to pay the remaining balance of the filing fees, $290.00 within fourteen (14) days from the date of this Order by cashier's check or money order delivered to:

Clerk, U.S. Bankruptcy Court,
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602

3. If the Debtor fails to pay the filing fee, the Court may enter an order dismissing the case for failure to pay the required fee or may withhold the Debtor's Discharge.

The Clerk's Office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.